1 | Kathryn J. Halford (CA Bar No.68141)
Email: *kjhalford@wkpyc.com*
2 | Elizabeth Rosenfeld (CA Bar No. 106577)
Email: *rosenfeld@wkpyc.com*
3 | WOHLNER KAPLON PHILLIPS
YOUNG & CUTLER
4 | A Professional Corporation
15456 Ventura Boulevard, Suite 500
5 | Sherman Oaks, California 91403
Telephone: (818) 501-8030 ext. 313
6 | Fax: (818) 501-5306

7 | Attorneys for Plaintiffs the Boards of Directors of
the Motion Picture Industry Pension Plan, the Motion
8 | Picture Industry Individual Account Plan, and the
Motion Picture Industry Health Plan

9

10 | UNITED STATES DISTRICT COURT

11 | CENTRAL DISTRICT OF CALIFORNIA

12 | (Western Division)

13

14 | THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY | Case No. CV 08-06060 AHM (SHx)

15 | PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL | [PROPOSED] ORDER FOR

16 | ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH | RENEWAL OF JUDGMENT
By Clerk

17 | PLAN, | Hon. A. Howard Matz, Judge

18 | Plaintiffs,

19 | v.

20 | THREE WAY SPLIT PRODUCTIONS, INC., a suspended California

21 | corporation,

22

23 | Defendants.

24

25

26 | THE JUDGMENT DEBTOR, THREE WAY SPLIT PRODUCTIONS,

27 | INC., A SUSPENDED CALIFORNIA CORPORATION ("DEFENDANT")

28 | HAVING JUDGMENT ENTERED AGAINST IT ON JULY 15, 2009:

1    Now, upon application of the Boards of Directors of the Motion Picture

2  Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and

3  Motion Picture Industry Health Plan, ("Board of Directors") and upon declaration

4  that Defendant has failed to pay the total amount of said judgment; and that

5  Defendant is indebted to Board of Directors,

6    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment

7  against Defendant be renewed in the amount of $22,140.96, which is broken down

8  as follows:

| | | |
|---|---|---|
| a. Principal | $ | 4,199.85 |
| b. Liquidated damages | $ | 2,987.37 |
| c. Judgment interest | $ | 2,987.37 |
| c. Costs | $ | 6,608.75 |
| d. Attorneys' Fees | $ | 4,870.00 |
| Subtotal (Judgment as Entered) | $ | 21,653.34 |
| e. Less credits after judgment | $ | (0.00) |
| f. Interest after judgment computed from | | |
| July 15, 2009 through July 11, 2014 | $ | 487.62 |
| GRAND TOTAL | $ | 22,140.96 |

19

20  Dated: ___July 23___, 2014

                                    UNITED STATES DISTRICT JUDGE

21  Presented by:

22

23  WOHLNER KAPLON PHILLIPS
    YOUNG & CUTLER

24

25  By: _____
    Kathryn J. Halford

26  Attorneys for Judgment Creditor/Applicant
    Boards of Directors of the Motion Picture Industry Pension Plan,

27  The Motion Picture Industry Individual Account Plan,
    and Motion Picture Industry Health Plan

28

2